LDA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PEERLESS INSURANCE COMPANY :
:
VS. : C.A. NO.: 06-
:
ERYK PAQUETTE AND :
EUGENE C. WELCH :

CA 06 476T

**COMPLAINT FOR DECLARATORY JUDGMENT**

1. Plaintiff, Peerless Insurance Company, is a New Hampshire corporation with its principal place of business in Keene, New Hampshire, which issued a personal automobile liability insurance policy to Donald Page with effective dates of coverage being August 17, 2005 through August 17, 2006 (Policy No. PLP W018632) (hereinafter the "Peerless policy").

2. The Peerless policy insured certain vehicles owned by the Page family, including a 2001 Chevrolet Tahoe with VIN No. 1GNEK13T41J148859 (hereinafter "Page vehicle").

3. On or about April 13, 2006, defendant, Eryk Paquette, a resident of Massachusetts, was operating the Page vehicle in Portsmouth, Rhode Island when it collided with a vehicle being operated by defendant, Eugene Welch.

4. Defendant, Eugene Welch, a resident of Rhode Island, has filed a civil lawsuit in the Rhode Island Superior Court (attached as Exhibit A) seeking damages from Eryk Paquette for Mr. Paquette's alleged negligent operation of the Page vehicle.

5. Defendant, Eryk Paquette, has requested coverage under the Peerless policy and after issuing a reservation of rights letter, Peerless Insurance Company has provided Mr. Paquette with a defense of the Superior Court claim subject to the outcome of this declaratory judgment action.

6. The Peerless policy contains an exclusion for liability coverage when the operator is "using a vehicle without a reasonable belief that that 'insured' is entitled to do so."

7. At the time of the accident on April 13, 2006, the defendant, Eryk Paquette, was using the Page vehicle without a reasonable belief that he was entitled to do so.

8. Because the defendant, Eryk Paquette, did not have a reasonable belief that he could operate the Page vehicle, the plaintiff, Peerless Insurance Company, has no obligation, contractual or otherwise, to provide a defense or indemnification of the underlying Superior Court personal injury action of defendant, Eugene Welch.

9. This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §1332 and 28 U.S.C. §2201 in that the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

WHEREFORE, Peerless Insurance Company prays that this Honorable Court, pursuant to 28 U.S.C. §2201, issue a declaratory judgment and determine the rights and obligations of the parties arising from the above facts and underlying contract and thereafter, direct judgment in favor of the plaintiff against the defendants with a judicial determination that Peerless Insurance Company owes no duty or obligation to afford a defense to defendant, Eryk Paquette.

Plaintiff,
By its Attorney,

Kevin J. Holley #4639
Attorney for Plaintiff
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial : (401) 521-2622
Fax: (401) 521-6901