STATE OF RHODE ISLAND
NEWPORT, SC.

SUPERIOR COURT

EUGENE C. WELCH

v.

C.A. No. NC 06-

ERYK PAQUETTE, and
LAURIE C. HUMES-PAGE

**COMPLAINT**

1. Plaintiff Eugene C. Welch is a resident of the Town of Middletown, Newport County, State of Rhode Island.

2. Defendant Eryk Paquette is a resident of the City of Fall River, Bristol County, Commonwealth of Massachusetts.

3. Defendant Laurie C. Humes-Page is a resident of the Town of Portsmouth, Newport County, State of Rhode Island.

4. On April 13, 2006 at approximately 1:07 p.m., plaintiff Eugene C. Welch was operating a motor vehicle he owned in a northerly direction on East Main Road at or near its intersection with Church Lane located in Portsmouth, Rhode Island and had stopped to deliver newspapers with his amber strobe light activated.

5. Plaintiff Eugene C. Welch was in the exercise of due care and caution at all times referred to herein.

6. On or about the said date, time and place as set forth above, defendant Eryk Paquette negligently, carelessly and recklessly operated a motor vehicle owned by defendant Laurie C. Humes-Page in a northerly direction on East main Road, at or near its intersection with Church Lane located in Portsmouth, Rhode Island, so as to cause the front end of the motor vehicle that he was operating to strike and collide with the rear of the motor vehicle owned and operated by plaintiff Eugene C. Welch.

7. Defendant Eryk Paquette had a duty to operate, manage and control the motor vehicle that he was operating with due care and caution and in accordance with all applicable traffic regulations and for the safety of others, including but not limited to the plaintiff Eugene C. Welch.

8. Defendant Eryk Paquette was operating this motor vehicle owned by defendant Laurie C. Humes-Page with defendant Laurie C. Humes-Page's consent.

9. Defendant Laurie C. Humes-Page as owner of the motor vehicle being operated by defendant Eryk Paquette is liable to plaintiff Eugene C. Welch pursuant to R.I.G.L. 31-33-6.

10. As a direct and proximate cause of the aforementioned negligence, carelessness and recklessness of the defendants Eryk Paquette and Laurie C. Humes-Page, plaintiff Eugene C. Welch was caused to sustain bodily injuries, some of which may be permanent in nature, pain and suffering.

11. By reason of the foregoing negligence, carelessness and recklessness plaintiff Eugene C. Welch incurred medical expenses to cure himself, will incur future medical expenses including but not limited to medication, periodic physicians care, was prevented from pursuing his usual everyday activities, sustained the total loss of his motor vehicle, property damage to his amplifier, storage costs, and the loss of a ratchet wrench set, as well as other economic losses.

WHEREFORE, Plaintiff Eugene C. Welch, demands judgment against defendants Eryk Paquette and Laurie C. Humes-Page, jointly and severally, together with interests and costs in a sum sufficient to confer jurisdiction upon this court.

PLAINTIFF,
EUGENE C. WELCH,
By His Attorney,

Robert T. Karns (SKB)

Robert T. Karns, No. 3791
Karns Law Group
6 Valley Road
Middletown, RI 02842
401.841.5300

Plaintiff claims a right to a trial by a jury.

Robert T. Karns is designated as trial counsel.