UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PEERLESS INSURANCE COMPANY

vs. C.A. No. 06-476T

ERYK PAQUETTE AND
EUGENE C. WELCH

**DEFENDANT EUGENE C. WELCH'S ANSWER TO THE PLAINTIFF'S COMPLAINT**

1. Defendant neither admits nor denies the allegations in paragraph #1 of the plaintiff's complaint.

2. Defendant admits the allegations in paragraph #2 of the plaintiff's complaint.

3. Defendant admits the allegations in paragraph #3 of the plaintiff's complaint.

4. Defendant admits the allegations in paragraph #4 of the plaintiff's complaint.

5. Defendant neither admits nor denies the allegations in paragraph #5 of the plaintiff's complaint.

6. Defendant denies the allegations in paragraph #6 of the plaintiff's complaint.

7. Defendant denies the allegations in paragraph #7 of the plaintiff's complaint.

8. Defendant denies the allegations in paragraph #8 of the plaintiff's complaint.

9. Defendant neither admits nor denies the allegations in paragraph #9 of the plaintiff's complaint.

WHEREFORE, Defendant Eugene C. Welch demands that the plaintiff's complaint be dismissed and that judgment be granted in favor of defendant Eugene C. Welch, requiring the plaintiff Peerless Insurance Company to provide insurance coverage for his injuries from the motor vehicle accident on April 13, 2006 as alleged in his complaint filed in the Newport Superior Court #NC06-341.

**AFFIRMATIVE DEFENSE**

1. Plaintiff's complaint fails to state a claim for which relief may be granted.

The Defendant,
EUGENE C. WELCH
By his Attorney,

/s/ Joshua R. Karns
Joshua R. Karns, Esq. #:7086
Karns Law Group
6 Valley Road
Middletown, RI 02842
(401) 849-5505