LDA

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PEERLESS INSURANCE COMPANY

V.

ERYK PAQUETTE, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06 476T

TO: (Name and address of Defendant)

Eryk Paquette
715 North Main Street
Fall River, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Holley, Esq.
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/26/06

(By) DEPUTY CLERK

1200.36155

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11-13-06 |
|---|---|
| NAME OF SERVER (PRINT) Robert J. Kildoff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the ~~third party~~ defendant. Place where served: 715 North Main Street, Fall River, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

X [signature]

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| – | 75.00 | 75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/13/06
Date

[signature]
Signature of Server

16 Cornell Ave
Rumford, RI. 02916
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.