**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

PEERLESS INSURANCE COMPANY

VS. C.A. No.: 1:06-CV-00476

PAQUETTE, et al

**ENTRY OF APPEARANCE**

I, Robert T. Karns, Esq. hereby enter my appearance as counsel on behalf of the defendant Eugene Welch in the above-entitled matter.

DEFENDANT,
EUEGENE WELCH,
By His Attorney,

/s/ Robert T. Karns

Joshua R. Karns, Esq. # 3791
Robert T. Karns, Esq. # 7086
Karns Law Group
6 Valley Road
Middletown, RI 02842
401-841-5300

**CERTIFICATION OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 7, 2007.

Attorney for Plaintiff: /s/ Robert T. Karns

Robert T. Karns, Esq. # 3791