UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PEERLESS INSURANCE COMPANY | : | |
| | : | |
| VS. | : | C.A. NO.: 06-476T |
| | : | |
| ERYK PAQUETTE and<br>EUGENE C. WELCH | :<br>: | |

**DEFENDANT ERYK PAQUETTE'S ANSWER TO PEERLESS INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT**

Now comes the defendant, Eryk Paquette, and hereby admits, denies or otherwise responds to the Complaint as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth at the allegations contained in paragraphs 1, 2 and 6 and leaves plaintiff to proof of same.

2. Defendant denies all of the allegations contained in paragraphs 3, 7, 8 and 9.

3. Defendant admits all of the allegations contained in paragraphs 4 and 5.

**AFFIRMATIVE DEFENSES**

1. Plaintiff fails to state a claim for which relief may be granted.

2. Plaintiff's claim is not ripe in that currently pending in Providence County Superior Court, State of Rhode Island, is an action, entitled Eugene C. Welch vs. Eryk Paquette, et. al., C.A. No.: 06-0341, which will adjudicate all of the issues raised in Plaintiff's complaint.

3. In the event that a final adjudication is made in the Providence County Superior Court, State of Rhode Island, action, entitled Eugene C. Welch vs. Eryk Paquette, et. al., C.A. No.: 06-0341, plaintiff's claims will be moot.

4. Defendant did not breach the terms and conditions of Plaintiff's insurance contract.

5. Plaintiff has breached the terms and conditions of its insurance contract.

6. This Court lacks the appropriate subject matter jurisdiction over plaintiff's claim.

7. Plaintiff, by tendering a defense to defendant, Eryk Paquette, in the Providence County Superior Court, State of Rhode Island, action, entitled Eugene C. Welch vs. Eryk Paquette, et. al., C.A. No.: 06-0341, has waived any claim to have this Honorable Court determine the rights and obligations as set forth in its complaint.

8. Plaintiff has tendered a defense to defendant, Eryk Paquette, in the Providence County Superior Court, State of Rhode Island, action, entitled Eugene C. Welch vs. Eryk Paquette, et. al., C.A. No.: 06-0341, and by doing so has waived its rights to an adjudication by this Honorable Court of its complaint.

9. Plaintiff, by tendering a defense to defendant, Eryk Paquette, in the Providence County Superior Court, State of Rhode Island, action, entitled Eugene C. Welch vs. Eryk Paquette, et. al., C.A. No.: 06-0341, is estopped from an adjudication of its rights and obligations prayed for in its complaint.

10. Plaintiff's complaint is barred by the doctrine of accord and satisfaction by tendering a defense to defendant, Eryk Paquette, in the Providence County Superior Court, State of Rhode Island, action, entitled Eugene C. Welch vs. Eryk Paquette, et. al., C.A. No.: 06-0341.

Wherefore, defendant Eryk Paquette requests dismissal of the Complaint with costs and any other relief this Court deems appropriate and just.

Defendant,
Eryk Paquette,
By His Attorneys,

ASQUITH & MAHONEY, LLP

/s/ JOHN W. MAHONEY, ESQ.

JOHN W. MAHONEY, ESQ. - #6499
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353- Telephone
(401) 331-7373 – Fax
johnmahoney@amlawllp.com

**CERTIFICATION**

I hereby certify that on the 3rd day of October, 2007 I electronically filed the within with copies being transmitted to Robert T. Karns, Esq., Karns Law Group, 6 Valley Road, Middletown, RI 02842 and Kevin J. Holley, Esq., Gunning & LaFazia, Inc., 56 Pine Street, Providence, RI 02903 via electronic transmission from court.

/s/ JOHN W. MAHONEY, ESQ.
JOHN W. MAHONEY, ESQ. - #6499
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353- Telephone
(401) 331-7373 – Fax
johnmahoney@amlawllp.com