UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PEERLESS INSURANCE COMPANY :
:
VS. : C.A. NO.: 06-476
:
ERYK PAQUETTE AND :
EUGENE C. WELCH :

**DISMISSAL STIPULATION**

The above-captioned matter is dismissed with prejudice; no interest; no costs.

/s/ Kevin J. Holley
Kevin J. Holley #4639
(Attorney for Plaintiff)

./s/ Joshua R. Karns
Joshua R. Karns #7086
(Attorney for Defendant, Eugene C. Welch)

./s/ John W. Mahoney
John W. Mahoney #6499
(Attorney for Defendant, Eryk Paquette)

CERTIFICATION

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record. The document is available for viewing and downloading through the ECF system.

/s/ Kevin J. Holley
Kevin J. Holley #4639